Local AO 199A (Rev. 1/19) Order Setting Conditions of Release         Page 1 of 3 Pages

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Shawn Robinson Nelson | ) | Case No. 1:22-cr-038 |
| | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, tribal, or local law while on release.

(2) The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

(3) The defendant must appear in court as required and must surrender to serve any sentence imposed.

The defendant must appear at: _____
(*If blank, to be notified*)                              *Place*

on _____
                    *Date and Time*

(4) The defendant must sign an Appearance Bond, if ordered.

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions set forth below:

(5) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(6) Except upon prior approval from the Pretrial Services Officer, the defendant's travel is restricted to the Bismarck/Mandan metropolitan area.

(7) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(8) Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations. Defendant shall execute releases as necessary so that Pretrial Services Office may monitor any treatment.

(9) Defendant shall be monitored by the form of location monitoring indicated below and shall abide by all technology requirements. The participant shall pay for all or part of the costs of participation in the location monitoring program as directed by the court and the pretrial services or probation officer.

   Location monitoring technology at the discretion of the officer

This form of location monitoring technology shall be utilized to monitor the following restriction of the Defendant's movement in the community as well as other court-imposed conditions of release:

   You are restricted to your residence every day from 10:00 PM to 6:00 AM or as directed by the supervising

   officer (Curfew).

(10) Defendant shall reside with Diane Nelson and not change this residence without prior approval of the Pretrial Services Officer.

(11) Defendant shall submit his person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

(12) Defendant shall not have unsupervised contact with anyone under the age of 18.

(13) Defendant shall use only those computers and computer-related devices, screen user names, passwords, e-mail accounts, and Internet service providers as approved by the Pretrial Services Officer. Computers and computer-related devices include, but are not limited to, personal computers, personal data assistants, Internet appliances, electronic games, and cellular telephones, as well as their peripheral equipment, that can access, or can be modified to access the Internet, electronic bulletin boards, other computers, or similar media. The defendant shall not add, remove, upgrade, update, re-install, repair, or otherwise modify the hardware or software on the computers, computer related devices, or their peripheral equipment, nor shall defendant hide or encrypt files or data without prior approval of the Pretrial Services Officer.

(14) Defendant shall comply with all of the terms of his state or federal probation, parole, or supervised release.

(15) Defendant shall not consume any alcohol while on release

(16) Upon his release, defendant is to immediately report to the Pretrial Services Office in Bismarck.

Local AO 199C    (Rev.1/19) Advice of Penalties and Sanctions                                                                                              Page 3 of 3

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

## Directions to United States Marshal

( ✔ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.
(   ) Other:

Date:     March 9, 2022

Clare R. Hochhalter, Magistrate Judge